# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff, : Case No. 3:03-cr-090
                                                Also Case No. 3:07-cv-284

                                                District Judge Walter Herbert Rice
-vs-                                         Magistrate Judge Michael R. Merz

:

HAROLD I. DAKERS,

    Defendant.

---

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

---

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. No. 66), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired on December 11, 2008, hereby ADOPTS said Report and Recommendations.

It is therefore ORDERED that Defendant's § 2255 Motion be, and it hereby is, denied with prejudice. Because reasonable jurists would not disagree with this conclusion, Defendant is denied leave to appeal *in forma pauperis* and any requested certificate of appealability.

December 19, 2008.

                                                  Walter Herbert Rice
                                                  United States District Judge